IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTONIO CHAVEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:06CV-01581 |
| ) | |
| FORD MOTOR COMPANY ) | |
| ) | |
| Defendant. ) | |

```
MOTION:
Granted    ✓
Denied     _____
Overruled  _____
Date
  [signature] 1/24/08
```

## STIPULATION FOR DIMISSAL

The parties, through their respective counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this civil action, with prejudice. All costs are to be borne by the parties who incurred them.

Date: January 24, 2008

Respectfully submitted,

THE JIMERSON LAW FIRM, P.C.

By: ___/s/ Herman L. Jimerson___
    Herman L. Jimerson   MO Bar #10509
    225 S. Meramec, Suite 508
    St. Louis, Missouri 63105
    Telephone:  (314) 862-0069
    Facsimile:   (314) 862-4134
    E-Mail:     herman@jimersonlawfirm.com